lant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Edith Jacobs against the board of education of the city of New York. No opinion. Judgment affirmed, with costs.

JACOBS, Respondent, v. JACOBS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 13, 1907.) Action by Anna M. Jacobs, as executor, against Jay M. Jacobs. No opinion. Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the court committed error, among other things, in rejecting evidence tending to prove that the plaintiff was not the owner of the property in question.

JANUSZEWICZ, Appellant, v. LEICHT et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Felix Januszewicz against Charles K. Leicht and Edmund J. Leicht. No opinion. Order affirmed, on argument, with $10 costs and disbursements.

JEROME, Respondent, v. NEW YORK EVENING JOURNAL PUB. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William T. Jerome against the New York Evening Journal Publishing Company. G. J. Shearn, for appellant. H. S. Gans, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

JEROME v. STAR CO. (Supreme Court, Appellate Division, First Department. April 5, 1907.) Action by William T. Jerome against the Star Company. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below. Order filed.

JOHNSON et al., Respondents, v. CALLAHAN et al., Appellants. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Bernard Johnson and another against Ann A. Callahan and another. A. U. Mayer, for appellants. P. Klein, for respondents. No opinion. Judgment modified, by granting leave to defendants to withdraw demurrer and plead over on payment of costs in the court below. Costs in this court to the defendants. Settle order on notice.

JOHNSON, Respondent, v. CONSELYEA, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Martin I. Johnson against Katie M. Conselyea, impleaded with others. No opinion. Order of the county judge of Queens county affirmed, with $10 costs and disbursements.

JONES, Appellant, v. FUCHS et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by William G. Jones against Frederick Waldemar Fuchs and others. No opinion. Motion to dismiss appeal granted, with $10 costs.

JONES' HOOK & LADDER CO., NO. 1, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by the Jones Hook & Ladder Company, No. 1, against the city of New York. No opinion. Judgment of the Municipal Court affirmed, with costs.

KANDEL, Respondent, v. CUDAHY PACKING CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 8, 1907.) Action by Bernard Kandel against the Cudahy Packing Company and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

KANE, Appellant, v. LYONS, Respondent. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by Mary Kane against Margaret J. Lyons. No opinion. Judgment affirmed, with costs.

KASCSAK, Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant. (Supreme Court, Appellate Division, Second Department. March 1, 1907.) Action by John Kascsak against the Central Railroad Company of New Jersey. No opinion. Motion denied, with $10 costs.

In re KATZ. (Supreme Court, Appellate Division, First Department. February 25, 1907.) In the matter of Aaron E. Katz. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KELLY, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1907.) Action by Loretta Kelly, an infant, by Joseph Kelly, her guardian ad litem, against the Brooklyn Borough Gas Company. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, with costs to abide the event, unless within 20 days the plaintiff stipulate to reduce the recovery of damages to the sum of $300, in which case the judgment, as thus reduced, is unanimously affirmed, with costs.

KIDANSKY et al., Respondents, v. PELTYN, Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1907.) Action by David Kidansky and another against David Peltyn. H. Cohen, for appellant. W. H. Van Benschoten, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

KILLIAN, Appellant, v. HEINZERLING, Respondent. (Supreme Court, Appellate Division, First Department. April 19, 1907.) Action by Agnes E. Killian against Katherine E. Heinzerling, as administratrix. E. Miehling, for appellant. J. E. Donnelly, for respondent. PER CURIAM. Judgment affirmed, with costs. Order filed. See 99 N. Y. Supp. 1036.
HOUGHTON, J., votes to modify the judgment by inserting a provision that the title to the four bonds of the Metropolitan Street